1

```
IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
- - - - - - - - - - - - - - - - - x
BOARD OF TRUSTEES, SHEET METAL
WORKERS' NATIONAL PENSION FUND,

                Plaintiff,

     - against -                      CASE NO.
                                      1:13-cv-958
                                      (AJT)(FJA)
COOL SHEETMETAL, INC., THOMAS
RAMMELKAMP, and ALL AROUND
SPIRAL, INC.,

                Defendants.
- - - - - - - - - - - - - - - - - x

                              614 Hempstead Gardens Drive
                              West Hempstead, New York

                              June 12, 2015
                              10:40 a.m.
```

        DEPOSITION OF ALL AROUND SPIRAL, INC., a Defendant herein, BY SHARON KERN, taken by the Plaintiff, held at the above-noted time and place, before a Notary Public of the State of New York.



800.DAL.8779
dalcoreporting.com
DALCO

2

```
 1   A P P E A R A N C E S:

 2

 3       SLEVIN & HART, P.C.

 4       Attorneys for Plaintiff

 5           1625 Massachusetts Avenue

 6           N.W. Suite 450

 7           Washington, D.C. 20036

 8       BY: DAVID M. MOHL, ESQ.

 9

10       MILMAN LABUDA LAW GROUP, PLLC

11       Attorneys for Defendant -

12       ALL AROUND SPIRAL, INC.

13           3000 Marcus Avenue

14           Suite 3W8

15           Lake Success, New York 11042

16       BY: ROBERT F. MILMAN, ESQ

17

18

19   A L S O   P R E S E N T:

20       Richard Kern

21       Ashley Kern

22

23

24
```



800.DAL.8779
dalcoreporting.com
DALCO

52                          SHARON KERN

```
 1        Q      Yes.
 2        A      Yes.
 3        Q      Did All Around work with unionized
 4   workers?
 5        A      Yes.
 6        Q      Does Allure work with unionized
 7   workers?
 8        A      No.
 9        Q      When you were at Cool, you were
10   subject to a selective bargaining agreement with
11   respect to how you would use your workers?
12        A      Yes.
13        Q      You had to use these guys for
14   certain kinds of jobs based on the CBA?
15        A      Right.
16        Q      And you were also subject to a
17   collective bargaining agreement at All Around,
18   right?
19        A      Right.
20        Q      Did that govern those kinds of jobs
21   as well?
22        A      I'm not familiar with it, so I'm --
23        Q      And did you make any attempt to get
24   unionized workers at Allure?
```

