**SHARON KERN**                                         51

```
 1        Q      What was your role with customers?
 2        A      They would send the drawings by
 3   e-mail, we would download them, send the bid out.
 4        Q      And did you ever work with
 5   customers --
 6               Strike that.
 7               Let's look at a few companies.
 8   Actually, first, before you do that, I want to
 9   ask, I will point you to Exhibit 9.  This is the
10   collective bargaining agreement.  This is just a
11   portion, we can get the whole thing.
12               MR. MILMAN:  Is it a signed copy?
13               MR. MOHL:  This is not signed.
14               (Whereupon, the requested document
15          was marked as Plaintiff's Exhibit 9, for
16          identification, as of this date.)
17               MR. MOHL:  This is an excerpt
18          portion.
19        Q      Do you recognize this document,
20   Mrs. Kern?
21        A      Yeah.  Yes.
22        Q      And to your recollection, did Cool
23   work with unionized workers?
24        A      Cool Sheet Metal?
```



52                    SHARON KERN

```
 1        Q      Yes.
 2        A      Yes.
 3        Q      Did All Around work with unionized
 4   workers?
 5        A      Yes.
 6        Q      Does Allure work with unionized
 7   workers?
 8        A      No.
 9        Q      When you were at Cool, you were
10   subject to a selective bargaining agreement with
11   respect to how you would use your workers?
12        A      Yes.
13        Q      You had to use these guys for
14   certain kinds of jobs based on the CBA?
15        A      Right.
16        Q      And you were also subject to a
17   collective bargaining agreement at All Around,
18   right?
19        A      Right.
20        Q      Did that govern those kinds of jobs
21   as well?
22        A      I'm not familiar with it, so I'm --
23        Q      And did you make any attempt to get
24   unionized workers at Allure?
```

